1
2
3
4
5
6
7

8                     IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10  FREDERICK MARC COOLEY,

11          Plaintiff,                    No. CIV S-07-0720 DFL EFB P

12      vs.

13  CAROL A. DALY

14          Defendant.                    <u>ORDER</u>

15  _____/

16      Plaintiff, a prisoner without counsel, has filed a complaint alleging civil rights violations.

17  *See* 42 U.S.C. §1983.

18      To proceed with a civil action a plaintiff must pay the $350 filing fee required by 28

19  U.S.C. § 1914(a) or request leave to proceed *in forma pauperis* and submit the affidavit and trust

20  account statement required by 28 U.S.C. § 1915(a).

21      Plaintiff has neither paid the fee nor submitted a proper application for leave to proceed

22  in forma pauperis.

23      Accordingly, plaintiff has 30 days from the date of service of this order to submit either

24  the filing fee or the application required by § 1915(a). The Clerk of the Court is directed to mail

25  /////

26  /////

1

1 to plaintiff a form application for leave to proceed in forma pauperis.  Failure to comply with this
2 order will result in a recommendation that this action be dismissed.
3      So ordered.
4 Dated:   May 14, 2007.

    _____
    EDMUND F. BRENNAN
    UNITED STATES MAGISTRATE JUDGE