IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FREDERICK MARC COOLEY,

      Plaintiff,                    No. CIV S-07-0720 RRB EFB P

    vs.

CAROL A. DALY, et al.,

      Defendants.           ORDER

                              /

      Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983.  He requests an extension of time to file objections to the July 27, 2007, findings and recommendations.  *See* Fed. R. Civ. P. 6(b).

      Plaintiff's August 15, 2007, motion is granted and plaintiff has 30 days from the date this order is served to file objections to the July 27, 2007, findings and recommendations.

      So ordered.

DATED: August 20, 2007.

                                       EDMUND F. BRENNAN
                                       UNITED STATES MAGISTRATE JUDGE